UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>River Street Plaza East Condominium<br>Assocation, et al.<br><br>Debtor(s) | BK No.: 13-00682<br>(Jointly Administered)<br>Chapter: 11<br>Honorable Carol A. Doyle<br>SELECT IF OUTLYING AREA |

**Final Decree Closing Chapter 11 Case**

This matter coming before the Court on the Motion of Reorganized Debtors for Final Decree (the "Motion"), filed by River Street Plaza East Condominium Association and River Street Plaza East Commercial Association (the "Debtors"); the Court having reviewed the Motion and all related pleadings, and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); ~~the Court finding that:~~ and it appearing to the Court that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that the Chapter 11 Case has been fully administered and that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to Local Rule 3022-1, notice of the Motion and the Hearing was sufficient under the circumstances.

3. Pursuant to Section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, the Chapter 11 Case is hereby closed.

4. Pursuant to Bankruptcy Rule 6004(h), this Order is final and shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Enter:

Dated: 5/1/14

United States Bankruptcy Judge

**Prepared by:**
Matthew S. Johns
Thompson Coburn LLP

Rev: 20130104_bko

55 E. Monroe St., 37th Floor
Chicago, Illinois 60603
(312) 580-2348
mjohns@thompsoncoburn.com

Rev: 20130104_bko